AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
|  | (For **Revocation** of Probation or Supervised Release) |
| V. |  |
|  | Case Number:  8:03-CR-275-T-17EAJ |
|  | USM Number:  01312-025 |
| ROGER VICKERY |  |
|  | AFPD Mary Mills |
|  | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _1-3_ of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to report to the United States Probation Office | October 31, 2006 |
| 2 | Failure to follow the instructions of the Probation Officer | October 27, 2006 |
| 3 | Failure to notify ten days prior to any change in residence | November 18, 2006 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: September 17, 2007

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date:  September _17th_, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page __2__ of __2__

DEFENDANT: ROGER VICKERY
CASE NUMBER: 8:03-CR-275-T-17EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHT (8) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL